No. 1098. HINKLE *v.* INDIANA. April 30, 1945. The petition for writ of certiorari to the Supreme Court of Indiana is denied for the reason that application therefor

was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350.